**DENY and Opinion Filed February 10, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-20-00130-CV**

**IN RE TRACY NIXON, Relator**

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-00-14691**

## MEMORANDUM OPINION

Before Justices Bridges, Osborne, and Reichek
Opinion by Justice Bridges

Before the Court is relator's February 3, 2020 petition for writ of mandamus in which he complains the administrative district judge erred in failing to grant permission for relator, who has been declared a vexatious litigant, to file a declaratory judgment proceeding challenging the subject matter jurisdiction in an underlying proceeding in which relator was held in contempt of court for failing to pay child support.

Entitlement to mandamus relief requires relator to show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition for writ of mandamus, and observing relator's failure to comply with rule 52.3 of the rules of appellate procedure, we conclude relator has not shown he is entitled to the relief requested. Accordingly,

we deny relator's petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).


/David L. Bridges/
DAVID L. BRIDGES
JUSTICE


200130F.P05